UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER CALHOUN AND HIS WIFE,** | * | CIVIL ACTION |
| | * | |
| **JANE CALHOUN** | * | NUMBER: |
| | * | |
| **VERSUS** | * | SECTION: |
| | * | |
| **CLAUS-PETER OFFEN** | * | MAGISTRATE: |
| | * | |
| **TANKSCHIFFREEDEREI (GMBH & CO.) KG,** | * | |
| | * | |
| **CPO SWEDEN OFFEN REEDEREI AND** | * | |
| | * | |
| **STEAMSHIP MUTUAL UNDERWRITING** | * | |
| | * | |
| **ASSOCIATION (BERMUDA) LIMITED** | * | |

* * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come complainants, **Roger Calhoun, and his wife, Jane Calhoun,** both persons of full legal age and citizens and domiciliaries of Slidell, Louisiana. Complainants aver the following:

### I.

The basis of jurisdiction is the general maritime law of the United States.

### II.

Made party defendants herein are **CLAUS-PETER OFFEN TANKSCHIFFREEDEREI**

**(GMBH & CO.) KG,** a German Corporation with its principal place of business in Hamburg, Germany, not authorized to do business here, but doing business in this district and state; **CPO SWEDEN OFFEN REEDEREI,** a German Corporation with its principal place of business in Hamburg, Germany, not authorized to do business here, yet conducting business in this district and state; and **STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED**, a foreign protection and indemnity association incorporated in Bermuda, not authorized to do business here, yet conducting business within this district and state.

### III.

On or about August 22, 2011, **Roger Calhoun** was employed by Cooper T. Smith Mooring Company.

### IV.

On August 22, 2011, complainant was caused serious injuries while assisting in mooring the CPO Sweden while the vessel visited New Orleans. Mr. Calhoun was injured when the vessel's crew prematurely tightened one of its mooring lines prior to signaling by the mooring crew. The premature line tightening caused one co-worker to fall. It appeared he was going to fall into the river off of the mooring cluster and Mr. Calhoun reached and successfully saved him from falling into the river. At that moment Roger Calhoun severely injured his low back.

### V.

At all material times herein the *CPO SWEDEN* was owned, operated and controlled by defendants. Said defendants also employed and/or were responsible for the crew members operating the mooring lines and gear at the time of accident herein. Said crew members prematurely and wrongfully engaged the mooring gear in connection with the accident herein.

### VI.

The accident herein was caused by the negligence of **defendants** in failing to properly operate the mooring gear and lines involved in the accident herein.

## VII.

As a direct and proximate result of the accident herein, **Roger Calhoun** sustained injuries to his back, hip and mind and damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendants herein for the full and total sum of FIVE MILLION ($5,000,000.00) DOLLARS. Complainant's wife is entitled to pursue a claim for loss of society, consortium and support for the injuries sustained by her husband, Roger Calhoun, as a result of the accident and injuries sustained herein. Jane Calhoun seeks damages of $250,000.

## VIII.

At all material times herein, **STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED** furnished protection and indemnity coverage to defendants herein providing insurance coverage for the accident and injuries occasioned by Roger Calhoun involved herein.

**WHEREFORE**, complainant, **Roger Calhoun, and his wife, Jane Calhoun,** demand judgment against the defendants herein for the full and total sum of FIVE MILLION TWO HUNDRED AND FIFTY THOUSAND ($5,250,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for all costs of these proceedings and all appropriate, general and equitable relief.

        Respectfully submitted,

        DISCON LAW FIRM

        BY: <u>S/ THOMAS M. DISCON</u>
           THOMAS M. DISCON, T.A. #14219
           SCOTT G. DISCON #20167
           424 N. Causeway Blvd., Suite A
           Mandeville, Louisiana   70448
           Telephone: (985) 674-9748


**SERVICE INSTRUCTIONS TO CLERK OF COURT:**

**STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION OF (BERMUDA) LIMITED is** to be served with a certified copy of this petition, and summons via the requirements of The Hague Convention for Service Abroad of Judicial or Extrajudicial Documents. Forms will be provided to you for completion and certification, but service shall be issued by Plaintiff's counsel.

**CLAUS-PETER OFFEN TANKSCHIFFREEDEREI (GMBH & CO.) KG is** to be served with a certified copy of this petition, and summons via the requirements of The Hague Convention for Service Abroad of Judicial or Extrajudicial Documents. Forms will be provided to you for completion and certification, but service shall be issued by Plaintiff's counsel.

**CPO SWEDEN is** to be served with a certified copy of this petition, and summons via the requirements of The Hague Convention for Service Abroad of Judicial or Extrajudicial Documents. Forms will be provided to you for completion and certification, but service shall be issued by Plaintiff's counsel.